**Michael Fuller, OSB No. 09357**
Lead Attorney for Plaintiffs
Olsen Daines PC
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-201-4570

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TIMOTHY WALTON** et al., | Case No. 3:17-cv-01795-AC |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| v. | |
| **TELECOMPUTER SERVICES, INC.** dba **SPIRIT ONE**, **INC.,** an Oregon corporation, and **JOHN OGDEN**, an Oregon individual, | |
| Defendants. | |

**NOTICE OF DISMISSAL** – Page 1 of 2

## NOTICE OF DISMISSAL

Under FRCP 41, this action is dismissed without prejudice.

February 4, 2018

                                **RESPECTFULLY FILED,**

                                <u>s/ Michael Fuller</u>
                                **Michael Fuller, OSB No. 09357**
                                Lead Attorney for Plaintiffs
                                Olsen Daines PC
                                US Bancorp Tower
                                111 SW 5th Ave., Suite 3150
                                Portland, Oregon 97204
                                michael@underdoglawyer.com
                                Direct 503-201-4570